784 A.2d 1244

IN THE MATTER OF SHMUEL KLEIN, AN ATTORNEY AT LAW.

November 28, 2001.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–347, concluding that **SHMUEL KLEIN** of **MAHWAH**, who was admitted to the bar of this State in 1987, should be disciplined as a matter of reciprocal discipline, respondent having been suspended from practice in New York for conduct in violation of *RPC* 8.4(b) (conduct that adversely reflects on the attorney's fitness to practice), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **SHMUEL KLEIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.